**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                         CASE NO.  3:01cr79-01/RV

MICHAEL DURANT

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   February 11, 2009
Motion/Pleadings: MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)
Filed by   Defendant    on 3/24/2008    Doc.#   117
RESPONSES:
                                              on            Doc.#        
                                              on            Doc.#        
\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                        s/Jerry Marbut
LC (1 OR 2)                     Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  18th   day of  February   , 2009, that:*

*(a) The relief requested is DENIED.*

*(b) The defendant's sentencing guideline range is not affected by Amendment 706.*

                                         /s/ *Roger Vinson*
                                           *ROGER VINSON*
                            *Senior United States District Judge*